**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher W. LAWRENCE, Defendant–Appellant.**

No. 03–40829.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

DECIDED: June 1, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Christopher W. Lawrence, Beaumont, TX, pro se.

Kimberly S. Keller, The Keller Group, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Christopher W. Lawrence has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lawrence has filed a response to the motion. Our review of the brief filed by counsel, Lawrence's response, and the record discloses no nonfrivolous issue for appeal. The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

A number of ineffective-assistance-of-counsel claims have been raised in the brief and in the response. Lawrence may raise those claims in a motion under 28 U.S.C. § 2255. *See United States v. Brewster,* 137 F.3d 853, 859 (5th Cir.1998).

APPEAL DISMISSED; MOTION GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.